**PRESBYTERIAN-ORTHOPAEDIC HOSP. v. N.C. DEPT. OF HUMAN RESOURCES**

[346 N.C. 267 (1997)]

PRESBYTERIAN-ORTHOPAEDIC HOSPITAL, Petitioner v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, DIVISION OF FACILITY SERVICES, CERTIFICATE OF NEED SECTION, Respondent, and MERCY HOSPITAL, INC., Intervenor-Respondent, and STANLY MEMORIAL HOSPITAL, INC., Intervenor-Respondent

No. 329PA96

(Filed 6 June 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 529, 470 S.E.2d 831 (1996), reversing and remanding in part and affirming in part a final decision of the North Carolina Department of Human Resources, Division of Facility Services, entered 8 June 1994. Heard in the Supreme Court 13 May 1997.

*Parker, Poe, Adams & Bernstein L.L.P., by Renée J. Montgomery and James C. Thornton, for petitioner-appellant and -appellee.*

*Michael F. Easley, Attorney General, by James A. Wellons, Special Deputy Attorney General, for respondent-appellee.*

*Poyner & Spruill, L.L.P., by Mary Beth Johnston, for intervenor-respondent-appellant and -appellee Mercy Hospital.*

*Maupin Taylor Ellis & Adams, P.A., by Robert L. Wilson, Jr., James E. Gates, and Peter D. Holthausen, for intervenor-respondent-appellant and -appellee Stanly Memorial Hospital.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.